JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 437 -- In re United States Fidelity & Guaranty Co. Employment Practices Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/05/27 | 1 | MOTION, MEMORANDUM, AFFADIVIT, SCHEDULE OF ACTIONS, EXHIBITS AND CERT. OF SVC. -- Pltf. Leatha M. Green and Employment Opportunity Commission (emh) SUGGESTED TRANSFEREE DISTRICT: District of Minnesota SUGGESTED TRANSFEREE JUDGE: (emh) |
| 80/06/05 | | AMENDMENT TO HEARING ORDER (filed 5/23/80) to include this litigation -- Boston, Massachusetts 6/26/80 (emh) |
| 80/06/06 | | APPEARANCES -- Thomas A. Keller, III, Esq. for Leatha Green; Robert B. Harwin, Esq. for Equal Employment Opportunity Comm.; Frank Vogl, Esq. for Sheila Mead, et al.; and Arthur M. Brewer, Esq. for United States Fidelity & Guaranty Co. and J. F. Charlesworth, Jr. (ea) |
| 80/06/11 | 2 | MEMORANDUM, CERT. OF SVC. -- Pltfs. Mead, et al. (ea) |
| 80/06/11 | 3 | RESPONSE, MEMORANDUM, CERT. OF SVC. -- Deft. United States Fidelity & Guaranty Co. and J.F. Charlesworth, Jr. (ds) |
| 80/06/19 | 4 | RESPONSE, CERT. OF SVC. -- Pltf. Leatha Green & Pltf.-Intervenor Equal Employment Opportunity Comm. (ea) |
| 80/06/25 | | HEARING APPEARANCES -- Thomas A. Keller for Leatha M. Green; Robert B. Harwin for U.S. Equal Employment Opportunity Comm.; Arthur M. Brewer for United States Fidelity & Guaranty Co. and J. F. Charlesworth (emh) |
| 80/07/10 | | ORDER DENYING TRANSFER OF LITIGATION A-1 through A-2 under Section 1407 for pretrial proceedings. Notified involved counsel, clerks and judges. (ds) |
| 80/08/04 | 5 | MOTION FOR RECONSIDERATION, MEMORANDUM, CERT. OF SVC., EXHIBITS A THRU E -- Pltf. Leatha M. Green. Notified involved counsel. (ea) |
| ~~80/08/04~~ | ~~6~~ | ~~MEMORANDUM IN SUPPORT OF MOT. FOR RECONSIDERATION Intervenor Equal Employment Opp. Comm. W/cert. of svc.~~ (ea) |
| 80/08/06 | | REQUEST TO FILE ADDITIONAL PAGES EXCEEDING THE 20 PAGE LIMIT -- Pltf. Leatha M. Green -- for mot. for reconsideration of order denying transfer of litigation -- GRANTED. (ea) |
| 80/08/04 | 6 | MOTION, MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION, CERT. OF SVC., ATTACHMENT -- Pltf. Intervenor Equal Employment Opp. Comm. (ea) |

JPML FORM 1A - Continuation                              DOCKET ENTRIES -- p._____

DOCKET NO. ___ -- _____

| Date | Ref | Pleading Description |
|---|---|---|
| 80/08/19 | 7 | RESPONSE -- United States Fidelity & Guaranty Company. Plaintiff's Motion to Reconsider Order Denying Transfer. (ds w/Cert. of Svc. |
| 80/08/19 | 8 | RESPONSE--United States Fidelity & Guaranty Company. Plaintiff-Intervenor's Motion for Reconsideration of Order Denying Transfer. (ds) w/Cert. of Svc. |
| 80/08/19 | 9 | RESPONSE (to pleadings No. 5 & 6) -- Mead Class w/Cert. of Svc. and Exhibits A through C. (ds) |
| 80/08/25 | 10 | REPLY MEMORANDUM FOR MOT. FOR RECONSIDERATION (pldg. 5), CERT. OF SVC., EXHIBIT -- Pltf. Leatha M. Green. (ea) |
| 80/08/25 | 11 | RESPONSE, CERT. OF SVC., ATTACHMENTS -- Pltf.-Intervenor Equal Employment Opportunity Commission. (ea) |
| 80/10/02 | | ORDER DENYING MOTION FOR RECONSIDERATION TO TRANSFER LITIGATION PURSUANT TO 28 U.S.C. §1407. Notified involved counsel, clerks and judges. (ea) |

JPML Form 1

Revised: 8/78

DOCKET NO. 437 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE UNITED STATES FIDELITY & GUARANTY CO. EMPLOYMENT PRACTICES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 6/26/80 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 7/10/80 | DENIAL MO | | | | |

Special Transferee Information

DATE CLOSED: 7/10/80

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 437 -- In re United States Fidelity & Guaranty Co. Employment Practices Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Leatha M. Green, et al. v. U.S. Fidelity & Guaranty Co., et al. | W.D.MO Hunter | 78-0706-CV-W-4 | | | | JUL 1 0 1980 |
| A-2 | Sheila Mead, et al. v. U.S. Fidelity & Guaranty Co. | D.Minn. Lord | 4-77-16 | | | | JUL 1 0 1980 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 437 -- IN RE UNITED STATES FIDELITY & GUARANTY CO. EMPLOYMENT PRACTICES LITIGATION

LEATHA GREEN (A-1)
Thomas A. Keller, III, Esq.
O'Connor & Hannan
IDS Tower - 38th Floor
Minneapolis, Minnesota  55402

EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION (A-1)
Robert B. Harwin, Esq.
Equal Employment Opportunity Commission
2401 E Street N.W. (OSP)
Washington, D.C.  20502

SHEILA MEAD, ET AL. (A-2)
Frank Vogl, Esq.
Best & Flanagan
4040 IDS Center
Minneapolis, Minnesota  55402

UNITED STATES FIDELITY & GUARANTY
  COMPANY
J. F. CHARLESWORTH, JR.
Arthur M. Brewer, Esq.
Shawe & Rosenthal
Sun Life Building
Charles Center
Baltimore, Maryland  21201

JPML FORM 3

p. _____

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 437 -- In re United States Fidelity & Guaranty Co. Employment Practices Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| U.S. Fidelity & Guaranty Co. | A-1, A-2 |
| J.F. Charlesworth, Jr. | A-1 |
| L.K. Merz | A-2 *Dismissed* |
| Howard Gould | A-2 *Dismissed* |
| Robert Rowe | A-2 *Dismissed* |
| John H. Aitken | A-2 *Dismissed* |