JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
JUL 10 1980
PATRICIA D. HOWARD
CLERK OF THE PANEL

7/10/80

DOCKET NO. 437

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE UNITED STATES FIDELITY & GUARANTY CO. EMPLOYMENT PRACTICES LITIGATION

ORDER DENYING TRANSFER*

Presently before the Panel is a motion, pursuant to 28 U.S.C §1407, brought by plaintiffs in the two actions listed on the attached Schedule A, for transfer of the action pending in the Western District of Missouri to the District of Minnesota for coordinated or consolidated pretrial proceedings with the action pending there.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions before us, movants have failed to persuade us that any common questions of fact involved in these two actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969). We note that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Penitentiary Postal Procedure Litigation, 465 F. Supp. 1293, 1294-95 (J.P.M.L. 1979); In re Commercial Lighting Products, Inc. Contract Litigation, 415 F. Supp. 392, 393 (J.P.M.L. 1976). See also Manual for Complex Litigation, Parts I and II, §§3.11 (rev. ed. 1977).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.**

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

*Judge Edward S. Northrop took no part in the decision of this matter.

**Judges Robert H. Schnacke and Sam C. Pointer, Jr. dissent from this decision of the Panel.

SCHEDULE A

<u>MDL-437 -- In re United States Fidelity & Guaranty Co. Employment
        Practices Litigation</u>
    <u>Western District of Missouri</u>
<u>Leatha M. Green, et al. v. U. S. Fidelity & Guaranty Co., et al.</u>,
    C.A. No. 78-0706-CV-W-4
    <u>District of Minnesota</u>
<u>Sheila Mead, et al. v. U. S. Fidelity & Guaranty Co.</u>,
    C.A. No. 4-77-16

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT -2 1980

10/2/80

DOCKET NO. 437

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE UNITED STATES FIDELITY & GUARANTY CO. EMPLOYMENT PRACTICES LITIGATION

ORDER DENYING MOTION FOR RECONSIDERATION

On July 10, 1980, the Panel, pursuant to 28 U.S.C. §1407, denied a motion to centralize two actions in the District of Minnesota for coordinated or consolidated pretrial proceedings. <u>In re United States Fidelity & Guaranty Co. Employment Practices Litigation</u> (unpublished order).

Plaintiff in the Missouri action and plaintiff-intervenor in both actions have each moved the Panel to reconsider our July 10, 1980 order and to transfer pursuant to Section 1407 the Missouri action to the District of Minnesota for coordinated or consolidated pretrial proceedings with the action pending there. The Panel has fully considered this motion on the basis of the papers submitted.[1/]

IT IS HEREBY ORDERED that the motion for reconsideration be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1/] The Panel has deemed this motion submitted on the basis of the papers filed. <u>See</u> Rule 13(b), R.P.J.P.M.L., 78 F.R.D. 561, 571 (1978).